**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CARMEN HENRY, as Personal Representative**
**of the Estate of Trevon Lonte Williams, Deceased,**

       **Plaintiff,**

**v.**                                    **No. 11cv0322 WJ/LAM**

**ALBUQUERQUE JOB CORPS CENTER, and**
**DEL-JEN, INC., individually and as a**
**foreign corporation,**

       **Defendants.**

## ORDER GRANTING STIPULATED MOTION TO MODIFY CASE MANAGEMENT DEADLINES

       **THIS MATTER** is before the Court on the parties' *Stipulated Motion to Modify Case Management Deadlines (Doc. 63)*.  Having considered the motion and record of the case, the Court **FINDS** that the motion is well-taken and should be **GRANTED**.

       **IT IS THEREFORE ORDERED** that the parties' *Stipulated Motion to Modify Case Management Deadlines (Doc. 63)* is **GRANTED**, and the following Pre-Trial Deadlines are extended as follows:

       **Plaintiff shall identify experts and provide reports by:**      **April 25, 2014**

       **Defendant shall identify experts and provide reports by:**      **May 25, 2014**

       **Each party may take a maximum of twenty (20) depositions**.

       The termination of discovery shall remain **May 27, 2014**, however, either party may take expert depositions, but no other depositions, beyond the **May 27, 2014** deadline if necessary. The settlement conference set for **June 16, 2014**, and the deadlines associated with the

settlement conference, will remain and will not be extended.   No other deadline shall be extended.

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension.  The press of other cases, vacations and intervening holidays is not usually considered to be exceptional circumstances.*

**IT IS SO ORDERED.**

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**